M. P. No. 80-75. BRISTOL AND WARREN GAS COMPANY *v.* EDWARD F. BURKE, CHAIRMAN *et al.* The petitioner's motion for stay of the decision and order of the Public Utilities Commission pending review is granted.

Mr. Chief Justice Bevilacqua and Mr. Justice Kelleher are

of the opinion that the stay should be denied. *Coffey, McGovern, Noel & Novogroski, John G. Coffey, Jr., W. Kenneth O'Donnell,* for petitioner, *Dennis J. Roberts II,* Attorney General, *John R. McDermott,* Special Assistant Attorney General, *John A. Notte III,* for respondents.